## Robert J. TAYLOR, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 03–7190.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

James D. Colt, Principal Attorney, Bryant G. Snee, Richard J. Hipolit, David M. Cohen, Y. Ken Lee, Elizabeth G. Candler, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Before MAYER, Chief Judge, RADER and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.